COURTNEY M. GACCIONE, ESSEX COUNTY COUNSEL
By: Alan Ruddy, Esq., Assistant County Counsel
Attorney ID#002411975
Office of the Essex County Counsel
Hall of Records, Room 535, 465 Dr. Martin Luther King, Jr., Blvd., Newark, NJ 07102
(973) 621-5021
(Attorney for Defendant, County of Essex, improperly pled as Department of Citizen Services Division of Youth Services/Juvenile Detention Center, Essex County Juvenile Detention Center)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## (NEWARK)

Civil Action No.
Removed from:

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION – ESSEX COUNTY
DOCKET NO. ESX-L-762-22

| | |
|---|---|
| CHRISTIAN ROSARIO,<br><br>          Plaintiff,<br>vs.<br><br>DEPARTMENT OF CITIZEN SERVICES, DIVISION OF YOUTH SERVICES/JUVENILE DETENTION CENTER, ESSEX COUNTY JUVENILE DETENTION CENTER, CITY OF NEWARK, COUNTY OF ESSEX, STATE OF NEW JERSEY, JOHN DOES 1-10 (fictitious names), XYZ CORPS. 1-10 (fictitious names), INMATES 1-50 (fictitious names) SECURITY GUARDS 1-50 (fictitious names) OFFICERS 1-50 (fictitious names)<br>          Defendants. | Civil Action<br><br>NOTICE OF FILING PETITION TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JESEY FOR REMOVAL<br>28 U.S.C. §1446(d) |

To:    Clerk of the United States District Court
        District of New Jersey
        Martin Luther King Jr. Courthouse
        50 Walnut Street
        Newark, NJ  07101

On Notice to:      Clerk, Essex County Superior Court
Civil Action Division
Veterans Courthouse – Room 131
Newark, NJ 07102

Steve D. Byoun, Esq.
Law Offices of Fusco & Macaluso, P.C.
150 Passaic Avenue
Passaic, New Jersey 07055
(Attorney for Plaintiff)

SIR/MADAM:

PLEASE TAKE NOTICE that the defendants, County of Essex, et al. on this 14th day of February, 2022 filed a Notice of Removal, a copy of which is attached hereto, in the United States District Court for the District of New Jersey, to remove the above-captioned matter from the Superior Court of New Jersey, Essex County, to the United States District Court for the District Court of New Jersey.

You are also advised that the defendants, upon filing of said Notice of Removal, filed a copy of the Notice with all counsel of whom defendants have notice has filed pleadings in this case.

                                           Courtney M. Gaccione
                                           Essex County Counsel
                                           (Attorney for defendant,
                                           County of Essex)

                                             *s/Alan Ruddy*
                                           Alan Ruddy
                                           Assistant County Counsel

Dated: February 14, 2022

## CERTIFICATION OF SERVICE

I hereby certify that the original of the Notice of Petition to the Clerk of the United States District for the District of New Jersey for the Removal and the Notice of Removal were filed with Clerk of the United States District Court for the District of New Jersey, Newark Vicinage, and the Clerk of the Essex County Superior Court of New Jersey, Civil Division, and counsel of record within the time prescribed by the rules of Court.

                                                                *s/Alan Ruddy*
                                                                Alan Ruddy
                                                                Assistant County Counsel

Dated: February 14, 2022