JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Christian Rosario

**DEFENDANTS**
Department of Citizen Services, et al.

(b) County of Residence of First Listed Plaintiff: Essex
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Essex
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
(d) Steve D. Byoun, Esq.
(e) Law Offdices of Fusco & Macaluso, P.C.
(f) 150 Passaic Avenue
(g) Passaic, NJ 07055

Attorneys *(If Known)*
Alan Ruddy, Esq.
Assistant County Counsel
Office of the Essex County Counsel
465 Dr. MLK Jr. Blvd. – Room 535
Newark, NJ 07102

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- 01 U.S. Government Plaintiff
- 02 U.S. Government Defendant
- X 03 Federal Question (U.S. Government Not a Party)
- 04 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 0 1 | 0 1 | Incorporated or Principal Place of Business In This State | 0 4 | 0 4 |
| Citizen of Another State | 0 2 | 0 2 | Incorporated and Principal Place of Business In Another State | 0 5 | 0 5 |
| Citizen or Subject of a Foreign Country | 0 3 | 0 3 | Foreign Nation | 0 6 | 0 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 0 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 0 625 Drug Related Seizure of Property 21 USC 881 | 0 422 Appeal 28 USC 158 | 0 375 False Claims Act |
| 0 120 Marine | 0 310 Airplane / 0 365 Personal Injury - Product Liability | 0 690 Other | 0 423 Withdrawal 28 USC 157 | 0 376 Qui Tam (31 USC 3729(a)) |
| 0 130 Miller Act | 0 315 Airplane Product Liability / 0 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | 0 400 State Reapportionment |
| 0 140 Negotiable Instrument | 0 320 Assault, Libel & Slander | | PROPERTY RIGHTS | 0 410 Antitrust |
| 0 150 Recovery of Overpayment & Enforcement of Judgment | 0 330 Federal Employers' Liability / 0 368 Asbestos Personal Injury Product Liability | | 0 820 Copyrights / 0 830 Patent / 0 835 Patent - Abbreviated New Drug Application / 0 840 Trademark | 0 430 Banks and Banking / 0 450 Commerce / 0 460 Deportation / 0 470 Racketeer Influenced and Corrupt Organizations |
| 0 151 Medicare Act | 0 340 Marine | | | |
| 0 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 0 345 Marine Product Liability | | | |
| 0 153 Recovery of Overpayment of Veteran's Benefits | 0 350 Motor Vehicle / PERSONAL PROPERTY / 0 370 Other Fraud | LABOR / 0 710 Fair Labor Standards Act | SOCIAL SECURITY / 0 861 HIA (1395ff) | 0 480 Consumer Credit |
| 0 160 Stockholders' Suits | 0 355 Motor Vehicle Product Liability / 0 371 Truth in Lending | | 0 862 Black Lung (923) | 0 490 Cable/Sat TV |
| 0 190 Other Contract | 0 360 Other Personal Injury / 0 380 Other Personal Property Damage | 0 720 Labor/Management Relations | 0 863 DIWC/DIWW (405(g)) | 0 850 Securities/Commodities/ Exchange |
| 0 195 Contract Product Liability | | | 0 864 SSID Title XVI | 0 890 Other Statutory Actions |
| 0 196 Franchise | 0 362 Personal Injury - Medical Malpractice / 0 385 Property Damage Product Liability | 0 740 Railway Labor Act / 0 751 Family and Medical Leave Act | 0 865 RSI (405(g)) | 0 891 Agricultural Acts / 0 893 Environmental Matters / 0 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS / 0 790 Other Labor Litigation | FEDERAL TAX SUITS | |
| 0 210 Land Condemnation | X 440 Other Civil Rights | Habeas Corpus: / 0 791 Employee Retirement Income Security Act | 0 870 Taxes (U.S. Plaintiff or Defendant) | 0 896 Arbitration |
| 0 220 Foreclosure | 0 441 Voting | 0 463 Alien Detainee | 0 871 IRS-Third Party 26 USC 7609 | 0 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 0 230 Rent Lease & Ejectment | 0 442 Employment | 0 510 Motions to Vacate Sentence | | |
| 0 240 Torts to Land | 0 443 Housing/ Accommodations | 0 530 General | | 0 950 Constitutionality of State Statutes |
| 0 245 Tort Product Liability | | 0 535 Death Penalty | IMMIGRATION | |
| 0 290 All Other Real Property | 0 445 Amer. w/Disabilities - Employment | Other: / 0 540 Mandamus & Other | 0 462 Naturalization Application / 0 465 Other Immigration Actions | |
| | 0 446 Amer. w/Disabilities - Other | 0 550 Civil Rights | | |
| | 0 448 Education | 0 555 Prison Condition | | |
| | | 0 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- 0 1 Original Proceeding
- X 2 Removed from State Court
- 0 3 Remanded from Appellate Court
- 0 4 Reinstated or Reopened
- 0 5 Transferred from Another District *(specify)*
- 0 6 Multidistrict Litigation - Transfer
- 0 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* 28 U.S.C. §§1441-1451
Brief description of cause: Assault at Essex County Juvenile Detention Center

## VII. REQUESTED IN COMPLAINT:
0 CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: 0 Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT# _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

American LegalNet, Inc.